**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT DESIGNATED FOR PUBLICATION

Ronnie M. Lyles
RCC; Rain-3; B.B. "Sixty" DOC No. 102175
27268 Hwy 21 North
Angie, LA 70426

**REHEARING ACTION: September 24, 2014**

**Docket Number: 14   00744-CW**

**RONNIE M. LYLES**
**VERSUS**
**PHELPS CORRECTIONAL CENTER,**
**ET AL.**

**Writ Application from Beauregard Parish Case No. C-2009-0661**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. James T. Genovese**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ronnie M. Lyles** has this day been

    **DENIED.**

cc: Margaret A. Collier, Counsel for  the Respondent